IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT SALAZAR                                                                              PLAINTIFF

V.                              CASE NO. 3:09CV00162 BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                          DEFENDANT

## ORDER

For good cause shown, Plaintiff's motion for extension of time to file a brief (docket entry #12) is GRANTED. The time is extended to, and including, February 12, 2010. Defendant's brief shall be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 12th day of January, 2010.

_____
UNITED STATES MAGISTRATE JUDGE